DUNCAN DEVELOPMENT COMPANY, PLAINTIFF-PETITIONER, v. DUNCAN HARDWARE, INC., DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 34 *N. J. Super.* 293.

*Messrs. Hollander & Leichter, Mr. Louis Gluck* and *Mr. Edwin P. Gordon* for the petitioner.

*Mr. Wallace P. Berkowitz* for the respondent.

September 12, 1955. 

IN THE MATTER OF L. EDWARD KATZ.

On petition for certification to Superior Court, Appellate Division.

See same case below: 34 *N. J. Super.* 394.

*Mr. John O. Bigelow* and *Mr. Morton Stavis* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. William C. Brudnick* for the respondent.